**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Byron Labron Rivers, Petitioner.

Appellate Case No. 2022-000054

―――――――――

Appeal from Charleston County
Jennifer B. McCoy, Circuit Court Judge

―――――――――

Memorandum Opinion No. 2023-MO-013
Heard October 3, 2023 – Filed October 11, 2023

―――――――――

**DISMISSED AS IMPROVIDENTLY GRANTED**

―――――――――

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Deputy Attorney General Donald J. Zelenka, Senior Assistant Deputy Attorney General Melody Jane Brown, and Assistant Attorney General Tommy Evans Jr., all of Columbia; and Ninth Judicial Circuit Solicitor Scarlett Anne Wilson, of Charleston, all for Respondent.

―――――――――

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *State v. Rivers*, Op. No. 2021-UP-395 (S.C. Ct. App. Nov. 10, 2021). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES, JJ., and Acting Justice Jan Bromell Holmes, concur.**